1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA L. FERGUSON,

    Plaintiff/Judgment Debtor,

    v.

BRIAN J. WAID,

    Defendant/Judgment Creditor.

NO. MC19-0123RSL

ORDER REQUESTING
ADDITIONAL INFORMATION

This matter comes before the Court on Brian J. Waid's "Praecipe for Writ of Execution

Against Judgment Debtor Sandra L. Ferguson." Dkt. # 1. Mr. Waid has an outstanding judgment

against Ms. Ferguson in the amount of $60,000. He seeks an order directing the United States

Marshal to levy upon any claim and interest Ms. Ferguson has in (1) a case captioned Ferguson

v. Waid, Cause No. 15-2-28797-4 SEA (King County Superior Court) and (2) The Ferguson

Firm, PLLC. The Court requests the following information in connection with this miscellaneous

matter:

    (a)  a copy of the complaint and docket in the state court action;

    (b)  a declaration stating

            (i) the fair market value of the state court cause of action or, if different, the

            amount that would be credited against the outstanding judgment if the cause of

ORDER REQUESTING ADDITIONAL
INFORMATION - 1

action were levied on;

(ii) whether the purpose of the levy on Ms. Ferguson's interest in the law firm is to draw income from the business and return the interest once the outstanding judgment has been paid, to sell her interest in the law firm and acquire funds to reduce the judgment amount, or some other purpose; and

(iii) the fair market value of Ms. Ferguson's interest in the law firm or, if different, the amount that would be credited against the outstanding judgment if that interest were levied upon.

If the information is not provided within thirty days of the date of this Order, the praecipe will be denied.

Dated this 26th day of September, 2019.

Robert S. Lasnik
United States District Judge