UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. FERGUSON, <br><br> Plaintiff/Judgment Debtor, <br><br> v. <br><br> BRIAN J. WAID, <br><br> Defendant/Judgment Creditor. | Case No. MC19-0123RSL <br><br> ORDER TO ISSUE WRIT OF EXECUTION |

This matter comes before the Court on plaintiffs' request for a writ of execution against nonexempt personal property of the plaintiff/judgment debtor, Sandra L. Ferguson. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Execution" submitted by the judgment creditor on September 12, 2019 (Dkt. # 1-2).

Dated this 3rd day of October, 2019.

*MrT S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF EXECUTION